IN RE E.L.

**[Cite as *In re E.L.,* 121 Ohio St.3d 407, 2009-Ohio-1514.]**

*Discretionary appeal accepted and cause remanded to the court of appeals for consideration of In re L.A.B.*

(No. 2008-2299 — Submitted March 25, 2009 — Decided April 7, 2009.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 90848, 2008-Ohio-5094.

_____

{¶ 1}   The discretionary appeal is accepted.

{¶ 2}   The cause is remanded to the court of appeals for consideration of whether the court of appeals' judgment should be modified in view of our opinion in *In re L.A.B.*, 121 Ohio St.3d 112, 2009-Ohio-354, 902 N.E.2d 471.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Timothy Young, Ohio Public Defender, and Amanda J. Powell, Assistant Public Defender, for appellant E.L.

_____